# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201800051**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## JOSHUA R. KWIATKOWSKI
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Shane E. Johnson, JAGC, USN.
Convening Authority: Commanding Officer, Headquarters Battalion
Marine Corps Base Hawaii, Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Breven
C. Parsons, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 29 May 2018

———————————

Before MARKS, PRICE, and RUSSELL, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court